UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In re: KRACKE, ROY E. § Case No. 10-15083
      KRACKE, STEPHANIE I. §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    ROBERT D. GARRETT, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $8,113.00<br>*(without deducting any secured claims)* | Assets Exempt: $4,850.00 |
| Total Distribution to Claimants: $1,545.27 | Claims Discharged<br>Without Payment: $134,383.73 |
| Total Expenses of Administration: $956.04 | |

    3) Total gross receipts of $ 2,501.31 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,501.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $9,048.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 956.04 | 956.04 | 956.04 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 593.00 | 596.73 | 596.73 | 596.73 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 135,447.49 | 2,611.19 | 1,884.89 | 948.54 |
| **TOTAL DISBURSEMENTS** | $145,088.49 | $4,163.96 | $3,437.66 | $2,501.31 |

      4) This case was originally filed under Chapter 7 on August 19, 2010. The case was pending for 14 months.

      5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/12/2011      By: /s/ROBERT D. GARRETT
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refunds | 1224-000 | 2,501.23 |
| Interest Income | 1270-000 | 0.08 |
| **TOTAL GROSS RECEIPTS** | | **$2,501.31** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED-1 | UAC | 4110-000 | 6,800.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Riverside Finance | 4110-000 | 2,248.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$9,048.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT D. GARRETT | 2100-000 | N/A | 625.33 | 625.33 | 625.33 |
| ROBERT D. GARRETT | 2200-000 | N/A | 65.26 | 65.26 | 65.26 |
| CLERK, BANKRUPTCY COURT | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 1.34 | 1.34 | 1.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 4.11 | 4.11 | 4.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 956.04 | 956.04 | 956.04 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | Internal Revenue Service | 5800-000 | 593.00 | 596.73 | 596.73 | 596.73 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 593.00 | 596.73 | 596.73 | 596.73 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 -1 | Credit Bureau of Faribault, Inc. | 7100-000 | 2,000.11 | 1,884.89 | 1,884.89 | 948.54 |
| 3 -1 | Consumers Financial Services | 7200-000 | N/A | 726.30 | 0.00 | 0.00 |
| NOTFILED-1 | LVNV Funding LLC | 7100-000 | 948.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Professional Service Bureau, Inc. | 7100-000 | 1,075.43 | N/A | N/A | 0.00 |
| NOTFILED-1 | Radiology Services of Ardmore | 7100-000 | 39.05 | N/A | N/A | 0.00 |
| NOTFILED-1 | Reliance Recovery | 7100-000 | 7,467.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Local Physicians who care | 7100-000 | 20.90 | N/A | N/A | 0.00 |
| NOTFILED-1 | United Consumer Financial | 7100-000 | 837.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | North Shore Agency | 7100-000 | 49.93 | N/A | N/A | 0.00 |
| NOTFILED-1 | Washita Emergency Physicians | 7100-000 | 74.46 | N/A | N/A | 0.00 |
| NOTFILED-1 | Credit One Bank, N.A. | 7100-000 | 941.57 | N/A | N/A | 0.00 |
| NOTFILED-1 | HSBC Bank Nevada | 7100-000 | 3,367.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case: 10-15083   Doc: 36   Filed: 11/29/11   Page: 5 of 8

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED-1 Allina Hospitals & clinics | 7100-000 | 493.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Arrow financial Services, LLC c/o Tate & Kirlin | 7100-000 | 3,415.48 | N/A | N/A | 0.00 |
| NOTFILED-1 Chase Home Finance | 7100-000 | 103,283.96 | N/A | N/A | 0.00 |
| NOTFILED-1 ER Solutions | 7100-000 | 139.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Credit Protections Assoc | 7100-000 | 204.17 | N/A | N/A | 0.00 |
| NOTFILED-1 First Investors Financial Services | 7100-000 | 11,091.43 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 135,447.49 | 2,611.19 | 1,884.89 | 948.54 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-15083  
**Case Name:** KRACKE, ROY E.  
KRACKE, STEPHANIE I.  
**Period Ending:** 11/12/11

**Trustee:** (560060) ROBERT D. GARRETT  
**Filed (f) or Converted (c):** 08/19/10 (f)  
**§341(a) Meeting Date:** 09/21/10  
**Claims Bar Date:** 08/04/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | IBC Bank 700 W. Grant Pauls Valley, OK 73075 | 538.00 | 538.00 | DA | 0.00 | FA |
| 2 | Basic household goods and furniture | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | CD's, Dvd's, misc books an knick knacks | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Basic clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1994 Ford F 150 | 750.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1978 Buick Park Ave. | 925.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2000 Crysler Cirrus Not running | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2000 Plymouth Breeze | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1978 21ft. Forester Camper<br>Not exempt but not worth picking up for auction | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1978 16ft. Larson Hull Leak<br>Not exempt but not worth picking up for auction | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1977 Evinrude 75 HP<br>Not exempt but not worth picking up for auction | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Tax refunds (u) | 0.00 | 2,501.23 | | 2,501.23 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.08 | FA |
| 13 | Assets   Totals (Excluding unknown values) | $8,113.00 | $3,039.23 | | $2,501.31 | $0.00 |

**Major Activities Affecting Case Closing:**

02/18/11- Debtor told to send in $2,501.23; also notified atty.  02/25/11- Check received.  07/02/11- 2nd notice to creditors requested.  8/26/11- Propos distr to UST.  10/20/11- Checks to creditors.

**Initial Projected Date Of Final Report (TFR):**   July 30, 2013    **Current Projected Date Of Final Report (TFR):**   September 30, 2011  (Actual)

November 12, 2011  
_____  
Date

/s/ ROBERT D. GARRETT  
_____  
ROBERT D. GARRETT

Printed: 11/12/2011 03:34 PM    V.12.57

Exhibit 9

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 10-15083 | **Trustee:** | ROBERT D. GARRETT (560060) |
| **Case Name:** KRACKE, ROY E. | **Bank Name:** | The Bank of New York Mellon |
| KRACKE, STEPHANIE I. | **Account:** | 9200-90706388-65 - Money Market Account |
| **Taxpayer ID #:** 38-6959146 | **Blanket Bond:** | $7,513,000.00  (per case limit) |
| **Period Ending:** 11/12/11 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/25/11 | {12} | Roy Kracke | Tax refunds | 1224-000 | 2,501.23 | | 2,501.23 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,501.25 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,501.27 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,501.29 |
| 06/03/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2011 FOR CASE #10-15083, Liberty Mutual #016018042 | 2300-000 | | 1.34 | 2,499.95 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,499.97 |
| 07/01/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 | | 2,499.97 |
| 07/01/11 | | To Account #92009070638866 | Stop interest prior to closing | 9999-000 | | 2,499.97 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,501.31 | 2,501.31 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 2,499.97 | |
| | | | **Subtotal** | | 2,501.31 | 1.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,501.31** | **$1.34** | |

{} Asset reference(s)   Printed: 11/12/2011 03:34 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-15083  
**Case Name:** KRACKE, ROY E.  
KRACKE, STEPHANIE I.  
**Taxpayer ID #:** 38-6959146  
**Period Ending:** 11/12/11

**Trustee:** ROBERT D. GARRETT (560060)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-90706388-66 - Checking Account  
**Blanket Bond:** $7,513,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/01/11 | | From Account #92009070638865 | Stop interest prior to closing | 9999-000 | 2,499.97 | | 2,499.97 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4.11 | 2,495.86 |
| 10/20/11 | 101 | ROBERT D. GARRETT | Dividend paid 100.00% on $625.33, Trustee Compensation; Reference: | 2100-000 | | 625.33 | 1,870.53 |
| 10/20/11 | 102 | ROBERT D. GARRETT | Dividend paid 100.00% on $65.26, Trustee Expenses; Reference: | 2200-000 | | 65.26 | 1,805.27 |
| 10/20/11 | 103 | CLERK, BANKRUPTCY COURT | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 260.00 | 1,545.27 |
| 10/20/11 | 104 | Internal Revenue Service | Dividend paid 100.00% on $596.73, Claim# 1 -1; Filed: $596.73; Reference: | 5800-000 | | 596.73 | 948.54 |
| 10/20/11 | 105 | Credit Bureau of Faribault, Inc. | Dividend paid 50.32% on $1,884.89; Claim# 2 -1; Filed: $1,884.89; Reference: | 7100-000 | | 948.54 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,499.97 | 2,499.97 | $0.00 |
| | | | Less: Bank Transfers | | 2,499.97 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 2,499.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $2,499.97 | |

Net Receipts : 2,501.31  
Net Estate : $2,501.31

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-90706388-65** | 2,501.31 | 1.34 | 0.00 |
| **Checking # 9200-90706388-66** | 0.00 | 2,499.97 | 0.00 |
| | $2,501.31 | $2,501.31 | $0.00 |

{} Asset reference(s)